IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60614
Summary Calendar

_____

VESSELIN MITKOV-VATKOV;
TATIANA TODOROVA-TODOROVA,

Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

_____

Petition for Review of an Order
of the Board of Immigration Appeals
BIA Nos. A74-315-988 and A74-315-989

_____

July 24, 1998

Before JOHNSON, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Petitioners Vesselin Mitkov-Vatkov and Tatiana Todorova-Todorova appeal the Board of Immigration Appeals' (BIA) decision affirming the Immigration Judge's decision to deny asylum and withholding of deportation.

After a careful review of the record, the arguments and the controlling authorities, we find that the BIA decision was supported by substantial evidence. See Gomez-Mejia v. INS, 56 F.3d

_____

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

700, 702 (5th Cir. 1995).  The petition for review is DENIED.